USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE APPLICATION OF CBRE GLOBAL
INVESTORS (NL) B.V., CBRE DRET
CUSTODIAN I B.V., CBRE DHC MAASTRICHT
(GROTE STAAT V) B.V., AND CBRE DHC DEN
HAAG (GROTE MARKSTRAAT V) B.V.;

        Petitioners,

For an Order Granting Leave to Issue Subpoenas
for Discovery in Aid of Foreign Proceedings
Pursuant to 28 U.S.C. § 1782.
------------------------------------------------------------- X

20-MC-315 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 11, 2020, the Court granted Petitioners' motion seeking leave to issue subpoenas for discovery in aid of foreign proceedings pursuant to 28 U.S.C. § 1782 (Dkt. 8);

    WHEREAS on October 6, 2020, HBC US Holdings LLC and David Schwartz ("Respondents") filed a letter informing the Court that Respondents intend to move to vacate and quash the subpoenas and proposing a briefing schedule (Dkt. 11); and

    WHEREAS on October 7, 2020, Petitioners filed a letter opposing Respondents' proposed briefing schedule and suggesting an alternative briefing schedule (Dkt. 12);

    IT IS HEREBY ORDERED THAT the parties must appear for a teleconference before the Court on **October 9, 2020, at 12:00 p.m.**  The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0315#.

**SO ORDERED.**

Date:  October 8, 2020
       New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**