USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE APPLICATION OF CBRE GLOBAL
INVESTORS (NL) B.V., CBRE DRET
CUSTODIAN I B.V., CBRE DHC MAASTRICHT
(GROTE STAAT V) B.V., AND CBRE DHC DEN
HAAG (GROTE MARKSTRAAT V) B.V.;

Petitioners,

For an Order Granting Leave to Issue Subpoenas
for Discovery in Aid of Foreign Proceedings
Pursuant to 28 U.S.C. § 1782.
------------------------------------------------------------- X

20-MC-315 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2020, the parties appeared for a teleconference before the Court;

IT IS HEREBY ORDERED THAT the parties must meet and confer in an attempt to resolve Respondents' objections to Petitioners' subpoenas for discovery.

IT IS FURTHER ORDERED THAT Respondents' motion to vacate and quash the subpoenas is due not later than November 5, 2020; Petitioners' response is due not later than November 30, 2020; Respondents may reply not later than December 11, 2020.

**SO ORDERED.**

Date: **October 9, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**