UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
APPLICATION OF CBRE GLOBAL : No. 20 Misc. 00315
INVESTORS (NL) B.V., CBRE DRET :
CUSTODIAN I B.V., CBRE DHC MAASTRICHT :
(GROTE STAAT V) B.V. and CBRE DHC DEN :
HAAG (GROTE MARKSTRAAT V) B.V. :
: **AFFIDAVIT OF SERVICE**
Petitioners, :
:
For an Order Granting Leave to Issue Subpoenas for: :
Discovery in Aid of Foreign Proceedings Pursuant :
to 28 U.S.C. § 1782. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

Liliya Suris, being duly sworn, say:

1. I am over 18 years of age, am a licensed process server, License # 1004643, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On September 30, 2020, I served by hand the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**, dated September 30, 2020, **PETITION**, dated September 4, 2020, **DECLARATION OF JONATHAN M. WAGNER, ESQ.**, dated September 4, 2020, **DECLARATION OF DAVID HEEMS** and **DECLARATION OF ANNE E. POSNO**, both dated September 3, 2020, **ORDER**, so ordered on September 11, 2020, and **MEMORANDUM IN SUPPORT OF CBRE'S APPLICATION UNDER 28 U.S.C. SECTION 1782 SEEKING DISCOVERY FOR USE IN A FOREIGN PROCEEDING**, dated September 4, 2020, along with a witness fee of $70.00, **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**

**INSPECTION OF PREMISES IN A CIVIL ACTION** addressed to HBC US HOLDINGS LLC (f/k/a HBC US HOLDINGS INC.) and **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** addressed to: HBC US HOLDINGS LLC (f/k/a HBC US HOLDINGS INC.) upon:

David Schwartz
17 McDonough Place
West Caldwell, NJ 07006-4226

3. On September 30, 2020, I left the above mentioned documents along with a witness fee of $70.00 with David Schwartz. I would describe him as a Caucasian male, approximately 50-60 years of age, approximately 5'6-5'10, with brown hair.

_____
Liliya Suris

Sworn to before me this
10th day of November 2020

_____
Notary Public

NANCY PUGLIESE
Notary Public, State Of New York
No. 01PU5076706
Qualified In Nassau County
Commission Expires April 28, 2023

KL4 2685432.1

- 2 -