USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE APPLICATION OF CBRE GLOBAL
INVESTORS (NL) B.V., CBRE DRET
CUSTODIAN I B.V., CBRE DHC MAASTRICHT
(GROTE STAAT V) B.V., AND CBRE DHC DEN
HAAG (GROTE MARKSTRAAT V) B.V.;

          Petitioners,

For an Order Granting Leave to Issue Subpoenas
for Discovery in Aid of Foreign Proceedings
Pursuant to 28 U.S.C. § 1782.
------------------------------------------------------------- X

20-MC-315 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on September 4, 2020, Petitioners filed a motion seeking leave to issue subpoenas for discovery in aid of foreign proceedings pursuant to 28 U.S.C. § 1782 (Dkt. 1);

WHEREAS on September 11, 2020, the Court granted Petitioners' motion (Dkt. 8);

WHEREAS on November 5, 2020, Respondents filed a motion to quash the subpoenas and to vacate the Court's September 11, 2020 Order (Dkt. 19);

WHEREAS Respondents' motion is now fully briefed; and

WHEREAS both parties have requested oral argument on Respondents' motion;

IT IS HEREBY ORDERED THAT the parties must appear for oral argument on Respondents' motion on **January 27, 2021, at 2:00 p.m.** Oral argument will be conducted via teleconference. The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0315#.

**SO ORDERED.**

Date: January 12, 2021
      New York, New York

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**