```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE APPLICATION OF CBRE GLOBAL
INVESTORS (NL) B.V., CBRE DRET
CUSTODIAN I B.V., CBRE DHC MAASTRICHT      :   20-MC-315 (VEC)
(GROTE STAAT V) B.V., AND CBRE DHC DEN
HAAG (GROTE MARKSTRAAT V) B.V.;            :   ORDER

                    Petitioners,

For an Order Granting Leave to Issue Subpoenas
for Discovery in Aid of Foreign Proceedings
Pursuant to 28 U.S.C. § 1782.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 23, 2021, the parties notified Chambers of a discovery dispute and requested that the Court schedule a teleconference;

IT IS HEREBY ORDERED THAT the parties must appear for a teleconference on **September 1, 2021, at 10:00 a.m.** The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0315#. All of those accessing the proceeding are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: August 24, 2021**
**New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**